UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                 CASE NO.: 1:07-CR-021-SPM

ANGEL GARCIA-BERCOVICH,
LUIS ANTONIO BUJANDA-CALLEJAS and
LUIS MATA-MORENO,

       Defendants.

_____/

## ORDER SETTING NEW TRIAL DATE AND PRETRIAL DEADLINES

**THIS CAUSE** comes before the Court upon its own motion. In light of the number of counsel involved in this case and the complexities of multi-defendant litigation, it is prudent to establish guidelines to keep the case on track. Therefore, in an effort to give the Court time to consider all pretrial motions and other issues, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Trial is reset for all three defendants on *Tuesday, November 13, 2007* at *8:30 am* at the United States Courthouse in Gainesville, Florida.

2. The deadline for the submission of all pretrial motions is *Monday, October 8, 2007*.

3.  Any and all pretrial hearings shall be completed no later than *Monday, October 22, 2007.*

4.  The **suppression hearing** for Defendant Angel Garcia-Bercovich is set for <u>**October 10, 2007 at 9:00 am.**</u>  Four (4) hours have been reserved for this hearing.

**DONE AND ORDERED** this <u>first</u> day of October, 2007.


*S/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

2